LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAY BARTH | Case No.: 2:20-cv-01258-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND THE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS [DOC. 12]** |
| STATE OF NEVADA ex rel. its DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |
| _____/ | |

It is stipulated and agreed that between the parties, Plaintiff Jay Barth and Defendant Department of Health and Human Services by and through their undersigned counsel that Plaintiff shall

///

///

///

///

///

1

1 have an additional 30 days from the original due date of July 30, 2020 in which to file their Response to

2 Defendant's Motion to Dismiss [Doc. 12]. The new due date is **Monday, August 31, 2020**.

3 DATED this 7th day of August, 2020.                    DATED this 7th day of August, 2020.

4 LAW OFFICE OF DANIEL MARKS                             OFFICE OF THE ATTORNEY GENERAL

5 _/s/ *Adam Levine, Esq.*_____                  __/s/ *Charity F. Felts, Deputy Attorney General*
DANIEL MARKS, ESQ.                                        CHARITY F. FELTS, Deputy Attorney General
6 Nevada State Bar No. 002003                             Nevada State Bar No. 010581
office@danielmarks.net                                    cfelts@ag.nv.gov
7 ADAM LEVINE, ESQ.                                       GERALD L. TAN, Deputy Attorney General
Nevada State Bar No. 004673                               Nevada State Bar No. 013596
8 alevine@danielmarks.net                                 gtan@ag.nv.gov
610 South Ninth Street                                    5420 Kietzke Lane, Suite 2020
9 Las Vegas, Nevada 89101                                 Reno, Nevada, 89511
*Attorneys for Plaintiff*                                 *Attorneys for Defendant*

10

11          **IT IS SO ORDERED.**

12                                                        _____
                                                          Gloria M. Navarro, District Judge
13                                                        UNITED STATES DISTRICT COURT

14                                                        DATED this   7   day of August, 2020.

15

16

17

18

19

20

21

22

23

24

2