# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAY BARTH,<br>            Plaintiff(s),<br>v.<br>STATE OF NEVADA,<br>            Defendant(s). | Case No.: 2:20-cv-01258-GMN-NJK<br>**Order**<br>[Docket No. 19] |

Pending before the Court is a discovery plan. Docket No. 19. The Court hereby **SETS** a telephonic hearing on the discovery plan for 11:00 a.m. on August 27, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: August 20, 2020

_____
Nancy J. Koppe
United States Magistrate Judge