# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAY BARTH,

    Plaintiff(s),

v.

STATE OF NEVADA,

    Defendant(s).

Case No.: 2:20-cv-01258-GMN-NJK

**Order**

[Docket No. 19]

    Pending before the Court is a discovery plan.  Docket No. 19.  Due to systems failures at the courthouse, the scheduling conference could not take place as set.  Accordingly, the telephonic hearing on the discovery plan is CONTINUED to 1:00 p.m. on September 1, 2020.  Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    Dated: August 31, 2020

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge