LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAY BARTH | Case No.: 2:20-cv-01258-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND THE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF No. 12] (Second Request)** |
| STATE OF NEVADA ex rel. its DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

It is stipulated and agreed that between the parties, Plaintiff Jay Barth and Defendant Department of Health and Human Services by and through their undersigned counsels that Plaintiff

///

///

///

///

///

1

shall have an additional 11 days from the original due date of Monday, August 31, 2020 in which to file his Response to Defendant's Motion to Dismiss [ECF No. 12]. The new due date is **Friday, September 11, 2020.**

DATED this 4th day of September, 2020.   DATED this 4th day of September, 2020.

LAW OFFICE OF DANIEL MARKS   OFFICE OF THE ATTORNEY GENERAL

 /s/ *Adam Levine, Esq.*   /s/ *Charity F. Felts, Deputy Attorney General*
DANIEL MARKS, ESQ.   CHARITY F. FELTS, Deputy Attorney General
Nevada State Bar No. 002003   Nevada State Bar No. 010581
office@danielmarks.net   cfelts@ag.nv.gov
ADAM LEVINE, ESQ.   GERALD L. TAN, Deputy Attorney General
Nevada State Bar No. 004673   Nevada State Bar No. 013596
alevine@danielmarks.net   gtan@ag.nv.gov
610 South Ninth Street   5420 Kietzke Lane, Suite 2020
Las Vegas, Nevada 89101   Reno, Nevada, 89511
*Attorneys for Plaintiff*   *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this  5  day of September, 2020.

2